**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01863-LTB-MEH

BARBARA McGIRL,

       Plaintiff,

v.

ALLIED INTERSTATE, LLC, a Minnesota limited liability company,

       Defendant.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 4 - filed August 12, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 15, 2011